| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Joni J Johnson** <br> First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx−xx−8521** <br> EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Virginia** <br> Case number:  **19−11258−KHK** | | Date case filed for chapter  **7**  **4/18/19** |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Joni J Johnson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 50 Lafayette St <br> Stafford, VA 22554−7699 | |
| 4. | **Debtor's attorney** <br> Name and address | Robert R. Weed <br> Law Offices Of Robert Weed <br> 1376 Old Bridge Rd <br> Suite 101−4 <br> Woodbridge, VA 22192 | Contact phone (703) 335−7793 <br> Email: robertweedlaw@yahoo.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Donald F. King <br> 1775 Wiehle Avenue, Suite 400 <br> Reston, VA 20190 | Contact phone (703) 218−2100 <br> Email: Kingtrustee@ofplaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**    page 1

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.<br><br>**McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | 200 South Washington Street<br>Alexandria, VA 22314<br><br>Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 703–258–1200 | **For the Court:**<br><br>Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: April 22, 2019 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 16, 2019 at 12:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**1725 Duke Street, Suite 520, Alexandria, VA 22314** |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse arises. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7),<br>or<br>• if you want to have a debt excepted from dischargeunder 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:  July 15, 2019** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

**For more information, see page 3 >**

| | | |
|---|---|---|
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
| **13.** | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| **14.** | **Payment of Fees for Alexandria Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of December 16, 2013, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to bankruptcynotices.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                             page 3

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 19-11258-KHK
Joni J Johnson  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9   User: glennj   Page 1 of 2   Date Rcvd: Apr 22, 2019
                    Form ID: 309A   Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
```
db             Joni J Johnson,    50 Lafayette St,    Stafford, VA 22554-7699
14819929       AES/PHEAA,    Po Box 61047,    Harrisburg, PA 17106-1047
14819931      +AMEX DEPT. Stores,    PO Box 8218,    Mason, OH 45040-8218
14819928      +Advanced MD,    PO Box 413120,    Salt Lake City, UT 84141-3120
14819932       Austin Ridge HOA,    Po Box 60845,    Phoenix, AZ 85082-0845
14819933      +Bank of America,    5109 S. Broadband Lane,    Sioux Falls, SD 57108-2208
14819934      +Beard and Associates LLC,    3401 Rochester Rd A,    Royal Oak, MI 48073-2831
14819935      +CBE/Dominion Energy VA,    PO Box 2547,    Waterloo, IA 50704-2547
14819936       Cigna,    Po Box 1259,    Oaks, PA 19456-1259
14819937       Citi Cards/Costco,    Po Box 9001016,    Louisville, KY 40290-1016
14819938      +Comcast,    PO Box 70219,    Baltimore, MD 21237
14819939      +County of Fairfax,    PO Box 10202,    Fairfax, VA 22035-0202
14819940      +County of Fairfax, Dept. of Tax Administration,    PO Box 10203,    Fairfax, VA 22035-0203
14819941       Courthouse Square LLC,    2124 Jefferson Davis Hwy,    Stafford, VA 22554-7264
14819942      +Dominion Energy Virginia,    PO Box 26543,    Richmond, VA 23290-0001
14819944       Fire safety Systems,    Po Box 944,    Fredericksbrg, VA 22404-0944
14819945       Francis Leftwich,    112 Mount Perry Dr,    Stafford, VA 22554-4865
14819946       Hanover Insurance Group,    Po Box 580045,    Charlotte, NC 28258-0045
14819947      +IRS c/o Attorney Gen William Barr 3 of 3,    10th St & Constitution Ave NW  Rm 6313,
                 Washington, DC 20530-0001
14819948      +IRS c/o US Attorney 2 of 3,    2100 Jamieson Ave,    Alexandria, VA 22314-5794
14819952      +Mary Washington Healthcare/ODC Recovery,    2300 Fall Hill Ave Ste 314,
                 Fredericksburg, VA 22401-3343
14819953      +Mary Washington Hospital,    1001 Sam Perry Blvd,    Fredericksburg, VA 22401-4453
14819954      +Medical Imaging of Fredericksburg,    1201 Sam Perry Blvd 102,    Fredericksburg, VA 22401-4490
14819956      +Pearson,    221 River St,    Hoboken, NJ 07030-5990
14819958       PermaTreat Pest Control,    Po Box 8260,    Fredericksbrg, VA 22404-8260
14819960       Sears,    Po Box 6268,    Sioux Falls, SD 57117
14819961      +Stafford County,    PO Box 68,    Stafford, VA 22555-0068
14819962      +Stafford County GDC,    1300 Courthouse Rd.,    Stafford, VA 22554-7232
14819964      +Stafford County Treasurer,    1300 Courthouse Rd. 2nd Flr,    Stafford, VA 22554-7232
14819963       Stafford County Treasurer,    Po Box 68,    Stafford, VA 22555-0068
14819966       Street shares,    1900 Campus Commons Dr Ste 200,    Reston, VA 20191-1566
14819971       TSYS,    Po Box 3190,    Omaha, NE 68103-0190
14819969       The Hartford Billing Company,    Po Box 660916,    Dallas, TX 75266-0916
14819970       The Palms Country Club and Resort Condominium Asso,    Po Box 845189,    Dallas, TX 75284-5189
14819972       Virginia Premier,    Po Box 4369,    Richmond, VA 23220-8369
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: robertweedlaw@yahoo.com Apr 23 2019 03:09:03      Robert R. Weed,
                 Law Offices Of Robert Weed,    1376 Old Bridge Rd,    Suite 101-4,    Woodbridge, VA  22192
tr            +EDI: BDFKING Apr 23 2019 06:53:00      Donald F. King,    1775 Wiehle Avenue, Suite 400,
                 Reston, VA 20190-5159
14819930      +EDI: AMEREXPR.COM Apr 23 2019 06:53:00      American Express,    PO Box 981537,
                 El Paso, TX 79998-1537
14819943       EDI: TSYS2.COM Apr 23 2019 06:53:00      DSNB/Macys,    Po Box 8218,    Mason, OH 45040-8218
14819949      +EDI: IRS.COM Apr 23 2019 06:53:00      IRS Centralized Insolvency OP 1 of 3,    PO Box 7346,
                 Philadelphia, PA 19101-7346
14819951      +EDI: CBSKOHLS.COM Apr 23 2019 06:53:00      Kohls/Cap One,    N56 W 17000 Ridgewood Dr,
                 Menomonee Falls, WI 53051-5660
14819951      +E-mail/Text: bncnotices@becket-lee.com Apr 23 2019 03:09:26      Kohls/Cap One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
14819955      +E-mail/Text: bnc@nordstrom.com Apr 23 2019 03:09:29      Nordstrom/TD Bank,    PO Box 13589,
                 Scottsdale, AZ 85267-3589
14819957      +E-mail/Text: bkrgeneric@penfed.org Apr 23 2019 03:09:21      Pentagon Federal Credit Union,
                 1001 N. Fairfax St.,    Alexandria, VA 22314-1797
14819965       EDI: CITICORP.COM Apr 23 2019 06:53:00      Staples-C/CBNA,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
14819968      +EDI: STF1.COM Apr 23 2019 06:53:00      SunTrust Bank,    PO Box 4997,    Richmond, VA 32802-4997
14819967      +EDI: STF1.COM Apr 23 2019 06:53:00      Suntrust,    PO Box 79079,    Baltimore, MD 21279-0079
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14819959       Robyn   Peterson
14819950*      IRS Centralized Insolvency OP 1 of 3,    Po Box 7436,    Philadelphia, PA 19101-7436
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0422-9          User: glennj              Page 2 of 2            Date Rcvd: Apr 22, 2019
                              Form ID: 309A             Total Noticed: 46
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 19, 2019 at the address(es) listed below:
              Donald F. King    Kingtrustee@ofplaw.com, va50@ecfcbis.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Robert R. Weed    on behalf of Debtor Joni J Johnson robertweedlaw@yahoo.com,
               atty_robertweedcases@trustesolutions.com;Rvnotices@gmail.com;robertweedcases@gmail.com;LawOffices
               OfRobertWeed@jubileebk.net
                                                                                             TOTAL: 3
```