**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| **Joni J Johnson,** | * | **Case No. 19-11258-KHK** |
| | * | Chapter 7 |
| Debtor. | * | |
| | * | |

### CONSENT ORDER RESOLVING OBJECTION TO EXEMPTIONS

THIS MATTER comes before the Court upon the objection [Docket No. 12] (the "**Objection**") filed by Donald F. King, Chapter 7 trustee (the "**Trustee**"), by counsel, to exemptions claimed by Joni J. Johnson (the "**Debtor**"). Counsel for the Trustee and Counsel for the Debtor have spoken and Debtor's counsel has provided additional information at the Trustee's request. The Debtor and the Trustee agree that the Debtor's claim of exemption pursuant to Va. Code Ann. § 34-4.1, regarding additional exemptions to certain veterans, should be allowed and that the Trustee's objection to the amount of the exemption claimed pursuant to the general homestead exemption in Va. Code Ann. § 34-4 should be sustained and the exemption amount limited to $6,000.00. The Court having reviewed the matter and good cause having been shown; it is hereby

ORDERED that the Trustee's Objection to the Debtors' claims of exemption pursuant to Va. Code Ann. § 34-4.1 is OVERRULED and such exemptions are ALLOWED; and it is further

ORDERED that the Trustee's Objection to the Debtors' claims of exemption pursuant to Va. Code Ann. § 34-4 is SUSTAINED and such exemptions are DISALLOWED to the extent the Debtor seeks to exempt an amount greater than $6,000.00.

---

**BRADLEY D. JONES (VSB No. 85095)**
**Counsel for Chapter 7 Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone:   703-218-2176**
**Fax:      703-218-2160**
**Email:   Brad.Jones@ofplaw.com**

Dated: Jul 29 2019

/s/ Klinette H. Kindred

**KLINETTE H. KINDRED**
**United States Bankruptcy Judge**

Entered: Jul 30 2019

**I ask for this:**

**/s/ *Bradley D. Jones***
**Bradley D. Jones (VSB No. 85095)**
**Counsel for Chapter 7 Trustee**
**ODIN FELDMAN & PITTLEMAN PC**
**1775 Wiehle Avenue, Suite 400**
**Reston, Virginia 20190**
**Phone: 703-218-2176**
**Fax:    703-218-2160**
**Email: Brad.Jones@ofplaw.com**

**Seen and Agreed to By:**

**/s/ *Robert R. Weed***
**Robert R. Weed**
**Counsel for Joni J Johnson**
**Law Offices Of Robert Weed**
**1376 Old Bridge Rd**
**Suite 101-4**
**Woodbridge, VA 22192**
**Phone: (703) 335-7793**
**Fax:    (703) 677-8770**
**Email: robertweedlaw@yahoo.com**

Counsel for Trustee – To be served electronically
Counsel for Debtor – To be served electronically

Joni J Johnson,
50 Lafayette Street,
Stafford, VA 22554-7699.

#4350986v1  31070/00001

2